IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| MARIE MODERWELL, | ) CASE NO: 1:19-cv-00613 |
|---|---|
| Plaintiff, | ) JUDGE CHRISTOPHER A. BOYKO |
| v. | ) **JOINT STATUS REPORT** |
| CUYAHOGA COUNTY, et al. | ) |
| Defendants. | ) |

The parties hereby submit the following joint status report pursuant to the Court Order. The Court should note that a settlement was reached, and the parties are still awaiting probate court approval. Therefore, the parties request that this matter be rescheduled for a status report in 45 days and that during this time, assuming all issues set forth above have been resolved, a final dismissal entry be filed with the court.

Respectfully submitted,

 /s/ Thomas D. Robenalt
Thomas D. Robenalt (#0055960)
John P. Colan (0081778)
**THE ROBENALT LAW FIRM, INC.**
23550 Center Ridge Road, Suite 103
Westlake, OH 44145
Phone: (216) 223-7535
Fax: (216) 860-4390
Email:  trobenalt@robenaltlaw.com
         jcolan@robenaltlaw.com

*Attorneys for Plaintiff*

 /s/ Brendan Healy (via email consent)
Brendan Healy
**OFFICE OF THE PROSECUTING**
1200 ONTARIO STREET, 8TH FLOOR
Cleveland, OH 44113
Phone: (216) 916-7730
Fax: (216) 916-7725
bhealy@prosecutor.cuyahogacounty.us

*Attorney for Defendants Cuyahoga County,
Armond Budish, Clifford Pinkney,
George Taylor and Brandy Carney*

| | |
|---|---|
| */s/ R. Todd Hunt (via email consent)*<br>Benjamin G. Chojnacki<br>R. Todd Hunt<br>**WALTER & HAVERFIELD**<br>1301 East Ninth Street<br>Cleveland, OH 44114<br>Phone: (216 )619-7850<br>Email: bchojnacki@walterhav.com<br>        rhunt@walterhav.com<br><br>*Counsel for Defendant Kenneth Mills* | */s/ David A. Bernstein  (via email consent)*<br>Victoria L. Vance<br>David A. Bernstein<br>**TUCKER ELLIS - Cleveland**<br>950 Main Avenue, Suite 1100<br>Cleveland OH 44113<br>Phone: (216) 696-5597<br>Email:  victoria.vance@tuckerellis.com<br>            davidbernstein@tuckerellis.com<br><br>*Counsel for Defendants MetroHealth System, Thomas A. Tallman, D.O., Lorie True, Robert Mosher, Diane Lessman, Kristina Cashin, Raymond Jontony, Beth Miller and Grace LaGreca* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2022, I served the foregoing to all Defendants by electronically filing the pleading using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Thomas D. Robenalt*
Thomas D. Robenalt (#0055960)
John P. Colan (#0081778)
**THE ROBENALT LAW FIRM, INC.**